UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**LIANG-WEN LIU and
MEI-GING LIU,**

                                                **Plaintiffs,**

                                                    **v.**                                                **5:16-CV-1200
(FJS/ATB)**

**YO PO LIU, WAYNE CHEN,
and HENG LI LIU,**

                                                **Defendants**.
_____

## ORDER OF DISMISSAL BY REASON OF SETTLEMENT

The Mediator has advised the Court that this action has settled or is in the process of being settled. *See* Dkt. No. 20. A review of the Court's docket indicates that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y. L.R. 68.2(a), the Court hereby

**ORDERS** that the above-captioned case is hereby **DISMISSED and DISCONTINUED in its entirety**, without costs, and without prejudice to the right of any party to reopen this action within thirty (30) days of the date of this Order if the settlement is not consummated; and the Court further

**ORDERS** that any application to reopen this case must be filed within thirty (30) days of the date of this Order. An application to reopen filed after the expiration of that thirty-day period, unless the Court has extended that period prior to its expiration, may be summarily denied solely on the basis of untimeliness; and the Court further

**ORDERS** that, if the parties wish for the Court to retain ancillary jurisdiction for the

purpose of enforcing any settlement agreement, they must submit a request that the Court retain jurisdiction over enforcement of the agreement or submit the agreement to the Court for incorporation of its terms into an Order retaining jurisdiction within the above-referenced thirty (30) day period for reopening this matter. The dismissal of the above-captioned action shall become with prejudice on the thirty-first day following the date of this Order, unless any party moves to reopen this case within thirty (30) days of the date of this Order upon a showing that the settlement was not consummated, or the Court extends the thirty (30) day period prior to its expiration; and the Court further

    **ORDERS** that the Clerk of the Court shall close this case and serve a copy of this Order on the parties pursuant to the Court's Local Rules.

**IT IS SO ORDERED.**

Dated: May 3, 2017  
    Syracuse, New York

                                                Frederick J. Scullin, Jr.  
                                                Senior United States District Judge